MEMO ENDORSED

**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com                                                                 Telephone 212-349-0230

**By ECF and Email**

May 13, 2024

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

                        Re:     **U.S. v. Gerald Tarrant**
                               24 Cr. 104 (NSR)

Dear Judge Román:

      This letter is respectfully submitted to request an adjournment of the sentencing of Mr. Tarrant. I am requesting that the sentencing be rescheduled to June 5, 2024 at 11:00 am. I have been advised by Your Honor's Chambers that this would be a convenient date and time for Your Honor. Assistant United States Attorney Margret Vasu has informed me that the Government consents to this request.

                                            Respectfully submitted,

                                            /s/Andrew Patel
                                            Andrew G. Patel

cc:    Margret Vasu
        Assistant United States Attorney (by ECF and email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/13/2024

**Defendant's request to reschedule the Sentencing from May 30, 2024 until June 5, 2024 at 11:00 am is GRANTED with the Government's consent. Clerk of Court is requested to terminate the motion at ECF No. 31.**
**Dated: White Plains, NY**
          **May 13, 2024**

SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE